IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. P.<br><br>    Plaintiff,<br><br>    v.<br><br>AUBURN UNION SCHOOL DISTRICT,<br><br>    Defendant.<br>_____/ | No. 2:15-cv-1285 JAM DAD<br><br>RECUSAL ORDER |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 18, 2015

/s/ John A. Mendez
HON.  JOHN A. MENDEZ
United States District Court Judge

1