F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:  916-563-0100
Facsimile:   916-563-0114

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., a minor, by and through his guardian ad litem, R.P.,<br><br>  Plaintiff,<br><br>     v.<br><br>AUBURN UNION SCHOOL DISTRICT,<br><br>  Defendants. | CASE NO.: 2:15-cv-01285-TLN-DAD<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

The Petition for an Order Appointing R.P. as guardian ad litem for E.P. is hereby GRANTED.

Dated:  June 25, 2015

_____
Troy L. Nunley
United States District Judge

Page 1