F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
RUDERMAN & KNOX, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:      (916) 563-0100
Facsimile:      (916) 563-0114

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., a minor, by and through his guardian ad litem, R.P., <br><br> Plaintiff, <br><br> v. <br><br> AUBURN UNION SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. 2:15-cv-01285-TLN-DAD <br><br> ORDER TO DELAY JOINT STATUS REPORT |

The parties' stipulation was considered by this Court, and good cause appearing, IT IS ORDERED that the Parties may defer their obligations to meet and confer under Fed. R. Civ. P. 26(f) and prepare a joint status report until the Court issues a ruling concerning the proposed settlement submitted by the parties.

Dated:  September 1, 2015

_____
Troy L. Nunley
United States District Judge

Order to Delay Joint Status Report
Case No. 2:15-cv-01285-TLN-DAD