F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:  916-563-0100
Facsimile:   916-563-0114

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P., a minor, by and through his guardian ad litem, R.P.,<br><br>Plaintiff,<br><br>v.<br><br>AUBURN UNION SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 2:15-cv-01285-TLN-DAD<br><br>**ORDER GRANTING PLAINTIFF'S PETITION FOR ORDER CONFIRMING SETTLEMENT OF MINOR'S CLAIMS** |

The Court, having considered the pleadings and papers filed in support of Plaintiff's Petition for Order Confirming Settlement of Minor's Claims, and good cause appearing therefore, hereby ORDERS:

1. Plaintiff's Petition Confirming Settlement of Minor's Claim is granted as set forth in the Petition;

2. The Court orders that costs in the amount of $400 and attorneys' fees in the amount of $6,480 be paid to Ruderman & Knox, LLP; and

3. The Court orders that the remaining balance of $15,120 be paid directly to R.P., as Guardian ad Litem for E.P. to be used for the benefit of E.P.

IT IS SO ORDERED.

Dated:  September 11, 2015

_____
Troy L. Nunley
United States District Judge

Page 1